1
2
3      *E-FILED - 1/27/11*
4
5
6
7
8
9        IN THE UNITED STATES DISTRICT COURT
10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  GIFFORD M. MADDEN,               )    No. C 10-5208 RMW (PR)
                                     )
12         Petitioner,                )    JUDGMENT
                                     )
13    v.                             )
                                     )
14  R. GROUNDS,                      )
                                     )
15         Respondent.                )
                                     )
16

17      The court has dismissed the instant petition for writ of habeas corpus without

18  prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

19      IT IS SO ORDERED.

20  DATED: 1/25/11

                                              _Ronald M. Whyte_
21                                            RONALD M. WHYTE
                                              United States District Judge

22
23
24
25
26
27
28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.10\Madden208jud.wpd